395 A.2d 984

General Electric Credit Corporation, Appellant, v.
Slawek et ux.

Argued
September 12, 1978. M. Patricia Becket, for appellant; No
appearance entered nor brief submitted for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

HESTER, J., dissented.